UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAINA M. CARDONI | Case No. 23-cv-02294-JD |
| | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Beth Labson Freeman to determine whether it is related to *Hedlund v. Cardoni*, No. 23-cv-02053-BLF. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: July 10, 2023

JAMES DONATO
United States District Judge